# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. MOSES BRYANT

Docket No. 3:02CR00250(AWT)

### Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

FILED
2005 APR -4 P 3: 17

**COMES NOW**, Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Moses Bryant who was sentenced to 27 months incarceration to be followed by 5 years supervised release for a violation of Conspiracy to Posses With Intent to Distribute 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 846. The defendant was sentenced by the Honorable Alvin W. Thompson, United States District Judge sitting in the court in Hartford, Connecticut on February 10, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, which may be either inpatient or outpatient, and may include random testing, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all or part of the costs associated with substance abuse treatment, based on his ability to pay as approved by the U.S. Probation Office; 2) The first six months of the defendant's supervised release period shall be spent in a halfway house; this is in addition to any time he may be in a halfway house at the end of his term of imprisonment; and 3) The defendant shall perform 500 hours of community service at the rate of 100 hours per year. The defendant commenced his term of supervision on September 23, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On March 9, 2005, Mr. Bryant was admitted into the Yale New Haven Hospital after falling ill to a Sickle Cell Anemia attack. He was hospitalized until March 22, 2005, at which time he resumed his stay at the Watkinson House. On March 14, 2005, the Court approved that the defendant receive credit for his hospital stay and that his discharge date remain April 11, 2005. However, personnel from the Watkinson House subsequently contacted me and shared their strong concern about the defendant's current medical condition. Despite his release from inpatient care, he is in need of additional aftercare treatment and, as such, they believe he is no longer appropriate for their program. Therefore, it is respectfully recommended that the 6 month halfway house placement be eliminated effective immediately.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant's six month half house placement, which commenced on October 12, 2004, shall be eliminated effective immediately, due to ongoing medical problems, which cannot be adequately addressed at the halfway house.

Both Assistant U.S. Attorney Peter Markle and defense counsel Jeremiah Donovan were contacted and had no objections to the aforementioned request.

**ORDER OF COURT**

Considered and ordered this  24th
day of March, 2005 and ordered filed and made a part of the records in the above case.

Respectfully Submitted,

*Patrick D. Norton*
Patrick D. Norton (us)
United States Probation Officer

Place: Hartford, Connecticut

Date: March 24, 2005