UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      V.                           CRIMINAL NO: 3:02CR00250(AWT)

MOSES BRYANT

## ORDER MODIFYING TERM OF SUPERVISED RELEASE

On February 10, 2004, defendant/supervised releasee Moses Bryant, after a plea of guilty to violation of 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute 50 Grams or More of Cocaine Base, was sentenced to 27 months of incarceration, to be followed by a 5-year period of supervised release. In addition to the mandatory and standard conditions of supervised release, the court imposed special conditions requiring that the defendant participate in substance abuse treatment, that the first six months of the defendant's supervised release period be spent in a halfway house, and that the defendant perform 500 hours of community service at the rate of 100 hours per year. Mr. Bryant commenced his term of supervised release on September 23, 2004.

The supervised releasee was presented before the court on June 16, 2008, for a Compliance Review Hearing, in order to address the charge that he violated the conditions of his supervised release, as cited in a Summons dated June 3, 2008. The supervised releasee was represented by Attorney Jeremiah Donovan and given the opportunity to be heard.

Mr. Bryant did not contest the facts as cited in the Summons, i.e., that he had actively and knowingly associated with a known convicted felon during his period of supervised release. Accordingly,

IT IS HEREBY ORDERED that Moses Bryants's term of supervised release continue, with the same mandatory, standard and special conditions remaining in full force and effect, provided, that a sanction of 90 days of home confinement with electronic monitoring is being imposed, with the U.S. Probation Office incurring the cost of such monitoring.

It is so ordered.

Dated this 20th day of June 2008 at Hartford, Connecticut.

                                        /s/AWT  
                                        Alvin W. Thompson  
                                    United States District Judge